UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CINDY MARSH, individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) )  No. 4:23-CV-1361 RLW |
| ASSURANCE IQ SERVICES, LLC, et al., | ) ) ) |
| Defendants. | ) |

## ORDER

In accordance with the Plaintiff's Notice of Voluntary Dismissal with Prejudice (ECF No. 32),

**IT IS HEREBY ORDERED** that the Clerk of Court shall make an entry in the docket record reflecting the dismissal of this matter with prejudice. Fed. R. Civ. P. 41(a)(1)(A)(i).

Each party shall bear its own costs.

_____
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**

Dated this  26th  day of January, 2024.